IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24- |
| IVORY S. COUSINS | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 6th day of August, 2024, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

s/ Honorable Carol S. Moore Wells
HONORABLE CAROL S. MOORE WELLS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24- |
| IVORY S. COUSINS | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 6th day of August, 2024, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Nancy E. Potts and Everett C. Witherell, Assistant United States Attorneys, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

s/ Nancy E. Potts
NANCY E. POTTS
EVERETT C. WITHERELL
Assistant United States Attorneys